# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 17, 2002

*Before*

**Hon.** JOEL M. FLAUM, *Chief Judge*

**Hon.** JOHN L. COFFEY, *Circuit Judge*

**Hon.** FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| JOSHUA CACIA, A Minor, by and through his Mother and Next Friend, PAULA RANDOLPH, and JOSEPH C. JERRICK, | ] Appeals from the United ] States District Court for ] the Northern District of ] Illinois, Eastern Division. |
| Plaintiffs-Appellants, | ] |
| | ] Nos. 99 C 760, |
| Nos. 01-2966 and 01-2967    v. | ]     99 C 759 |
| | ] |
| NORFOLK & WESTERN RAILWAY COMPANY, | ] Elaine E. Bucklo, Judge. |
| Defendant-Appellee. | ] |

The opinion of this Court issued on this date is corrected as follows:

Within the caption, the district court case numbers should be Nos. 99 C 759 & 99 C 760